UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00494-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SAIRE MAYEL BANEGAS-RAMOS,

      Defendant.

---

## ORDER

---

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that a 2-day jury trial is set for **Monday, January 25, 2010, at 9:00 a.m. in courtroom A-1002.** There are no corresponding pretrial motions deadlines and there is no final trial preparation conference set.

      Dated: December 1, 2009

                           BY THE COURT:

                           s/ Wiley Y. Daniel_____
                           Wiley Y. Daniel
                           Chief U. S. District Judge